IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>FELIX R. MENDOZA<br>Defendant | CRIMINAL 98-0287CCC |

O R D E R

The **re-sentencing hearing of defendant Félix R. Mendoza is hereby set for August 9, 2005 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 9, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge