AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE      DISTRICT OF      PUERTO RICO

UNITED STATES OF AMERICA,                **APPEARANCE**

v.                                       CASE NUMBER: 98-287 (CCC)

FELIX R. MENDOZA-BENITEZ, ET. AL.

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| June 20, 2005 | /s/ Scott H. Anderson |
| *Date* | *Signature* |
| | Scott H. Anderson |
| | *Print Name* |
| | 350 Torre Chardon, Suite 1201 |
| | *Address* |
| | Hato Rey, Puerto Rico 00918 |
| | *City* |
| | (787) 766-5656 |
| | Phone Number |

**CERTIFICATE OF SERV ICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Luis R. Rivera-Rodríguez, Esq. lrriver@coqui.net; Rafael F. Castro-Lang, Esq., rafacastro@prtc.net.

    At Hato Rey, Puerto Rico, June 20, 2005.

                                                              s/ Scott H. Anderson
                                                               Scott H. Anderson
                                                               U.S.D.C. No. G00214
                                                              Torre Chardón, Room 1201
                                                              350 Carlos Chardón Avenue
                                                              Hato Rey, Puerto Rico  00918
                                                              Tel: 787-766-5656
                                                              Fax: 787-771-4050
                                                              E-mail: scott.anderson@usdoj.gov