IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              August 8, 2005

**S/BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

vs                                                  CRIMINAL 98-0287CCC

1) FELIX R. MENDOZA-BENITEZ

By order of the Court the **re-entencing hearing of defendant Félix R. Mendoza is reset for August 12, 2005 at 4:15 PM.** Parties to be notified.

S/María M. Delgado, Secretary