# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
Scheduled Time: 4:15 p.m.
Starting Time:  5:05 p.m.
Ending Time:    5:15 p.m.
```

**MINUTES OF PROCEEDINGS**

BEFORE HONORABLE CARMEN CONSUELO CEREZO

COURTROOM DEPUTY: Gretchen S. Rodriguez     **DATE:** August 12, 2005

COURT REPORTER: Zulma Ruiz                  **CR NO: 98-287(CCC)**

COURT INTERPRETER: Tom Kavelin
==================================================================

**ATTORNEYS:**

UNITED STATES OF AMERICA                    Scott H. Anderson, AUSA
vs.

1- FELIX MENDOZA-BENITEZ                    Luis Rivera-Rodriguez, Esq.
==================================================================

The defendant is present in court. Defendant is: ___ under custody   X   on bond.

**CASE CALLED FOR RE-SENTENCE.**

**IT IS THE JUDGMENT OF THE COURT** as to count One through Five (1-5)

Probation Term of: **TWO (2) YEARS** as to each count, to be served concurrently with each other.

Fine: **$2,500**. The Court notes that on 9/6/00, defendant paid $2,500. The amount paid on said date shall be credited to the fine imposed today.

Special Monetary Assessment: $100.00 as to each count for a total of $500. The Court notes that this assessment fee was paid by defendant on 9/8/00.

_X_   All terms and conditions are specified in the judgment form.

_X_   The defendant is advised of his right to appeal, etc.

                                        S/Gretchen S. Rodriguez
                                          Gretchen S. Rodriguez
                                          Courtroom Deputy Clerk